FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JUN -6 AM 7:27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN SHOLES #270357 | CIVIL ACTION |
| VERSUS | NO. 06-1831 |
| BURL CAIN, WARDEN | SECTION: "F" (3) |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and considering the objections filed by petitioner to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Kevin Sholes** for habeas corpus relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 3rd day of June, 2008.

MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE

___Fee___
___Process___
_X_ Dktd___
___CtRmDep___
___Doc. No.___